**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| W.C. PINKARD & CO., INC., <br> d/b/a COLLIERS PINKARD, <br> <br> Plaintiff, <br> v. <br> <br> WALKER CST, LLC, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **MEMORANDUM OPINION** <br> **AND ORDER** <br> <br> 1:09CV348 |

This document represents the face page of the Memorandum Opinion entered on February 10, 2011, and entered on the docket as document no. 35. Only the face page is filed here, and this filing is to correct the caption of document no. 35 to correctly reflect that it is an Order. This matter has been assigned to me on consent jurisdiction, and there was no need to enter the Memorandum Opinion as a Recommendation. Nothing else in the document is changed by correctly filing this face page as an Order, therefore, none of the remaining pages of document no. 35 is filed herewith.

_____
WALLACE W. DIXON
United States Magistrate Judge

February 24, 2011